```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 18524
    ALBERT LEE
    LOUADA LEE                                CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1346    SSN XXX-XX-2268

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/10/2005 and was confirmed 07/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  84.43% from remaining funds.

     The case was paid in full 05/07/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG         .00          .00            .00
GREAT AMERICAN FINANCE     SECURED            600.00         3.80         600.00
GREAT AMERICAN FINANCE     UNSECURED          210.00          .00         177.30
GREAT AMERICAN FINANCE     SECURED           1200.00        17.58        1200.00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
CAPITAL ONE                UNSECURED          444.59          .00         375.35
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED          .00            .00
CB USA                     UNSECURED            9.87          .00           8.33
RESURGENT ACQUISITION LL   UNSECURED          515.38          .00         435.12
DEP                        UNSECURED       NOT FILED          .00            .00
IL DEPT OF HUMAN SERVICE   UNSECURED       NOT FILED          .00            .00
NCO FINANCIAL INC          NOTICE ONLY     NOT FILED          .00            .00
LOYOLA HOSPITAL            UNSECURED         4647.96          .00        3924.13
ILLINOIS COLLECTION SERV   NOTICE ONLY     NOT FILED          .00            .00
LOYOLA UNIVERSITY MEDICA   UNSECURED       NOT FILED          .00            .00
NATIONWIDE CREDIT SERVIC   NOTICE ONLY     NOT FILED          .00            .00
TALAN & KTSANES            NOTICE ONLY     NOT FILED          .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00            .00
PARK DANSAN                NOTICE ONLY     NOT FILED          .00            .00
RX ACQUISITIONS LLC        UNSECURED           25.00          .00          21.11
MERCHANTS & PROFESSIONAL   UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED          .00            .00
MERCHANTS CREDIT GUIDE C   UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED          832.68          .00         703.02
NORTHWEST COLLECTION       UNSECURED       NOT FILED          .00            .00
PREMIUM ASSET RECOVERY C   UNSECURED          485.56          .00         409.95
PROVIDIAN NATIONAL BANK    UNSECURED       NOT FILED          .00            .00
RX ACQUISITIONS LLC        UNSECURED          117.02          .00          98.80
ASSET ACCEPTANCE CORP      UNSECURED          298.16          .00         251.73

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 18524 ALBERT LEE & LOUADA LEE
```

```
ASSET ACCEPTANCE           NOTICE ONLY    NOT FILED          .00         .00
COLLECTION COMPANY OF AM   NOTICE ONLY    NOT FILED          .00         .00
SEARS NATIONAL BANK        UNSECURED        2794.57          .00     2359.39
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY    NOT FILED          .00         .00
VILLAGE OF ALSIP           UNSECURED      NOT FILED          .00         .00
DEPENDON COLLECTION SERV   NOTICE ONLY    NOT FILED          .00         .00
RX ACQUISITIONS LLC        UNSECURED          10.00          .00        8.44
RX ACQUISITIONS LLC        UNSECURED          10.00          .00        8.44
RX ACQUISITIONS LLC        UNSECURED          10.00          .00        8.44
RX ACQUISITIONS LLC        UNSECURED          10.00          .00        8.44
RX ACQUISITIONS LLC        UNSECURED          10.00          .00        8.44
RX ACQUISITIONS LLC        UNSECURED          18.00          .00       15.20
WASHINGTON MUTUAL          MORTGAGE ARRE     316.94          .00      316.94
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,599.20                  2,599.20
TOM VAUGHN                 TRUSTEE                                     840.85
DEBTOR REFUND              REFUND                                    1,563.26
```

        Summary of Receipts and Disbursements:
```
--------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                15,963.26

PRIORITY                                             .00
SECURED                                         2,116.94
    INTEREST                                       21.38
UNSECURED                                       8,821.63
ADMINISTRATIVE                                  2,599.20
TRUSTEE COMPENSATION                              840.85
DEBTOR REFUND                                   1,563.26
                       ---------------         ---------------
TOTALS                 15,963.26                15,963.26
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 08/27/08         _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE